UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| TODD TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>FIORE INTERNATIONAL ATLANTA, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 4:20-CV-55-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(b) and LR 41.3(A), NDGa.

Dated at Rome, Georgia, this 24th day of November, 2020.

                JAMES N. HATTEN
                CLERK OF COURT

            By:  s/ Jordyn Dobbins
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 24, 2020
James N. Hatten
Clerk of Court

By: s/ Jordyn Dobbins
    Deputy Clerk